UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

K-BEECH, INC.,

    Plaintiff,

v.

DOES 1-32,

    Defendants.

Case No. 8:11-cv-01764-DKC

### DEFENDANT DOE NO. 15's MOTION TO QUASH SUBPOENA

Defendant Doe No. 15, IP Address No. 98.233.78.203, by undersigned counsel, moves to quash the subpoena issued July 6, 2011 and served upon Comcast Legal Demands Center in this matter, on the ground that all claims raised against Doe No. 15 have been resolved, a dismissal of this action as to Doe No. 15 is imminent, and no further purpose is served by the subpoena. As a result, Doe No. 15's First Amendment rights in the privacy of the personal information sought from Comcast are not overcome, and the First Amendment continues to shield Doe No. 15's identity. *See BMG Music v. Doe #4*, No. 1:08CV135, 2009 WL 2244108 (M.D.N.C. July 24, 2009) (citing Sony Music Entertainment v. Does 1-40, 326 F. Supp. 2d 556 (S.D.N.Y. 2004)).

                                                       /ss/
                                       John M.G. Murphy, Bar No. 03811
                                       THE LAW OFFICE OF JOHN M.G. MURPHY, LLC
                                       20 South Charles Street, Suite 702
                                       Baltimore, Maryland 21201
                                       410-244-6700
                                       Fax 866-260-1396
                                       jmurphy@johnmgmurphylaw.com

                                       *Attorney for Defendant Doe No. 15*